**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SIXTO JOSE DIAZ YANEZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00486-DB** |
| | § | |
| **PAMELA BONDI**, *Attorney General*, *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On March 4, 2026, this Court issued an "Order," ECF No. 5, granting in part Petitioner Sixto Jose Diaz Yanez's "Verified Petition for Writ of Habeas Corpus," filed on February 18, 2026. On March 16, 2026, Respondents filed an "Attempted Joint Status Report," ECF No. 7, advising the Court that they attempted to confer with Petitioner's attorney regarding outstanding issues but did not receive a response. On March 17, 2026, the Court contacted Petitioner's attorney, Mohini Tangri, via phone. She confirmed there are no pending issues before the Court. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **17th** day of **March 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**